IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEROY THOMPSON,<br>    Plaintiff,<br><br>v.<br><br>GGNSC ATLANTA LLC, et al.,<br>    Defendants. | CIVIL ACTION NO.<br>1:12-CV-0430-WBH |

## ORDER

In light of the fact that Plaintiff has voluntarily dismissed this action with prejudice pursuant to a settlement agreement, the Clerk is **DIRECTED** to close this action.

**IT IS SO ORDERED,** this 18 day of June, 2013.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)